UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON DEWSE, an individual, on behalf of herself, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation; THE VONS COMPANIES, INC., a Michigan corporation; and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No.: 3:22-cv-00013-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE AND FOR BRIEFING SCHEDULE**<br><br>[Doc. No. 59.] |

  On September 24, 2021, Plaintiff Allison Dewse filed a putative class-action complaint in the Superior Court of California, County of San Diego against Defendant Albertsons Companies, Inc. ("Albertsons"). (Doc. No. 1-3.) Plaintiff subsequently substituted The Vons Companies, Inc. ("Vons") for Defendant Doe 1. (Doc. No. 1-4.) Albertsons and Vons (collectively, the "Defendants") removed the action to this Court on January 5, 2022. (Doc. No. 1.)

  On June 17, 2022, the parties filed cross-motions for partial summary judgment. (Doc. Nos. 31, 32.) The parties fully briefed their cross-motions for partial summary judgment. (Doc. Nos. 35–38.) From August 15, 2022 to November 1, 2023, the Court

granted a stay of all proceedings in this action to allow for approval of an underlying settlement in two related, earlier-filed actions. (Doc. Nos. 43, 46, 48, 52, 54.) On September 11, 2023, the Court denied the parties' cross-motions for partial summary judgment as moot because Plaintiff indicated that she intends to pursue two claims on an individual basis and one claim on a class-wide basis. (Doc. No. 56.) The Court further instructed that the parties may file renewed and narrowly tailored cross-motions for partial summary judgment on or before November 1, 2023. (Id.) The Court set a hearing date on the anticipated cross-motions for December 4, 2023 at 10:30 a.m. (Id.) On November 1, 2023, the parties filed renewed cross-motions for summary judgment and partial summary judgment ("Motions"). (Doc. Nos. 57, 58.)

On November 3, 2023, the parties filed the present joint motion requesting (1) a continuance of the December 4, 2023 hearing to December 18, 2023; and (2) a briefing schedule extending the deadline for the parties to file their replies in support of their Motions to December 11, 2023. (Doc. No. 59.)

For good cause shown, the Court grants the parties' joint motion. Any oppositions to the Motions must be filed by **November 20, 2023**. Any replies in support of the Motions must be filed by **December 4, 2023**. The Court continues the December 4, 2023 hearing and sets a telephonic hearing on the Motions for **December 11, 2023**, at **1:30 p.m.** Pacific Time. The Court will e-mail counsel for both parties dial-in information prior to the hearing.

**IT IS SO ORDERED.**

DATED: November 8, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT